```
 1  EUGENE J. EGAN (State Bar No. 130108)
    PAUL HANNA (State Bar No. 222012)
 2  MANNING & MARDER
    KASS, ELLROD, RAMIREZ LLP
 3  15th Floor at 801 Tower
    801 South Figueroa Street
 4  Los Angeles, CA 90017                          JS - 6
    Telephone: (213) 624-6900
 5  Facsimile: (213) 624-6999

 6  Attorneys for Defendant
    TARGET CORPORATION
 7
```

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL FERNANDEZ, | USDC CASE NO.: CV09-5233 CAS (FMOx) |
| Plaintiffs, | |
| | LASC CASE NO.: PC045628 |
| vs. | |
| | **ORDER RE STIPULATION OF DISMISSAL** |
| TARGET CORPORATION; and DOES 1 TO 50, Inclusive, | |
| Defendants. | |
| _____ | Complaint Filed: 6/10/09 |

IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS SO ORDERED.

DATED: 5/5/10

_____
HONORABLE CHRISTINA A. SNYDER

**CERTIFICATE OF SERVICE**

Order re Dismissal.wpd

-1-

**[Proposed] ORDER RE STIPULATION OF DISMISSAL**

| | |
|---|---|
| 1 | **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES** |

2   I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 801 South Figueroa Street, 15th Floor, Los Angeles, California 90017.

4   On May 4, 2010, I served the document described as **[Proposed] ORDER RE STIPULATION OF DISMISSAL** on the interested parties in this action by electronically filing this document as required by the court in its Electronic Case Filing (ECF) Program:

>       Jennifer B. Smith, Esq.
>       LAW OFFICES OF C. RAY CARLSON
>       27951 Smyth Drive, Suite 101
>       Valencia, California 91355
>       T: (661) 294-0044; F: (661) 924-9475

☒   **(BY MAIL)** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **(BY OVERNIGHT COURIER)**: I placed the above-referenced document(s) in (an) envelope(s) designated by the express service carrier (UPS) for overnight delivery, addressed as indicated above. I delivered said UPS envelope to the personnel of our mail room. I am "readily familiar" with the firm's practice of collecting and processing documents intended for UPS overnight delivery. Under that practice, after the document is delivered to the firm's mail room, it is deposited that same day, with delivery fees provided for, in a box or other facility regularly maintained by the express service carrier or is delivered to an authorized courier or driver authorized by the express service carrier to receive documents, for overnight delivery.

☐   **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number:

☐   **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☒   **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on May 4, 2010 at Los Angeles, California.

By: _____/s/_____
       Brenda Leonardo